**Joseph Matthew SMITH, Plaintiff—Appellant,**

v.

**Wendy SHARPE, Nurse; James Kay, Doctor; W.F. McFadden, Doctor; R.L. Neville, Doctor; Jon Ozmint, Defendants—Appellees.**

No. 10–7368.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2011.

Decided: Jan. 27, 2011.

674

Joseph Matthew Smith, Appellant Pro Se. Janet Brooks Holmes, Daniel Roy Settana, Jr., McKay, Cauthen, Settana & Stubley, PA, Columbia, South Carolina; Bradford Cary Andrews, Samuel F. Arthur, III, Aiken, Bridges, Nunn, Elliott & Tyler, PA, Florence, South Carolina, for Appellees.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Matthew Smith appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Sharp*, No. 1:09–cv–01482–TLW, 2010 WL 3609492 (D.S.C. Sept. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*